UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **09-60699-CIV-MORENO**
**06-60130-CR-MORENO**

ROBERT W. PARKER,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE SENTENCE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on the Motion to Vacate, Set Aside, or Correct Sentence **(D.E. No. 1)**, filed on **May 12, 2009**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 18)** on **April 26, 2010**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that to date no objections have been filed. It is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 18)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1) Motion to Vacate is DENIED for the reasons stated in the Report and Recommendation and no evidentiary hearing is required.

(2) All other pending motions are DENIED as moot and this case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of May, 2010.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel and Parties of Record